UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARL HAIRSTON and JANICE
REENA HAIRSTON,

    Movants,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION NO.
1:05-CR-0181-CAP
CIVIL ACTION NO.
1:12-CV-1357-CAP

## **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 160]. The movants filed objections [Doc. No. 163]. However, the movants failed to comply with the order of the Magistrate Judge [Doc. No. 161] requiring that objections state with particularity the alleged errors. Moreover, the movants fail overcome the procedural bars to seeking relief from their sentences at this point as articulated in the R&R. Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 23rd day of October, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge